IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER                                                    PLAINTIFF
ADC #114018

v.                              No. 3:21-cv-65-DPM

MID SOUTH HEALTH SYSTEMS                                             DEFENDANT

## JUDGMENT

Webster's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 April 2021